JAMES A. LASSART (SBN 40913)
ADRIAN G. DRISCOLL (SBN 95468)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: JLassart@rmkb.com

Attorneys for Defendant
NELLIE WONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XIAN ZHU WU,<br><br>   Plaintiff,<br><br> v.<br><br>WILFRED WONG; NELLIE WONG; TOWIE FONG,<br><br>   Defendants. | CASE NO. CV 12 1147 JCS<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT BY DEFENDANT NELLIE WONG** |

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff Xian Zhu Wu and defendant Nellie Wong, through their respective counsel, that the time within which defendant Nellie Wong may respond to plaintiff's Complaint is extended to and including April 19, 2012.

Dated: March 30, 2012        TSAO-WU, CHOW & YEE LLP


                By: /s/ SAM WU
                  JOHN CHOW
                  SAM WU
                  Attorneys for Plaintiff
                  XIAN ZHU WU

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

Dated: March 30, 2012      ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ ADRIAN G. DRISCOLL
    JAMES A. LASSART
    ADRIAN G. DRISCOLL
    Attorneys for Defendant
    NELLIE WONG

Dated: April 2, 2012



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RC1/6408982.1/MY2     - 2 -     STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT BY NELLIE WONG
CASE NO. CV 12 1147 JCS