JAMES A. LASSART (SBN 40913)
ADRIAN G. DRISCOLL (SBN 95468)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone:   (415) 543-4800
Facsimile:    (415) 972-6301
Email:          JLassart@rmkb.com

Attorneys for Defendant
NELLIE WONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XIAN ZHU WU,<br><br>            Plaintiff,<br><br>    v.<br><br>WILFRED WONG; NELLIE WONG; TOWIE FONG,<br><br>            Defendants. | CASE NO.  CV 12 1147 JCS<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT BY DEFENDANT NELLIE WONG** |

### STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff Xian Zhu Wu and defendant Nellie Wong, through their respective counsel, that the time within which defendant Nellie Wong may respond to plaintiff's Complaint is extended to and including April 19, 2012.

Dated: March 30, 2012                                TSAO-WU, CHOW & YEE LLP


                                                                 By: /s/ SAM WU
                                                                        JOHN CHOW
                                                                        SAM WU
                                                                        Attorneys for Plaintiff
                                                                        XIAN ZHU WU

RC1/6408982.1/MY2                                - 1 -                STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT BY NELLIE WONG
                                                                             CASE NO. CV 12 1147 JCS

| | |
|---|---|
| Dated: March 30, 2012 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: /s/ ADRIAN G. DRISCOLL |
| | JAMES A. LASSART |
| | ADRIAN G. DRISCOLL |
| | Attorneys for Defendant |
| | NELLIE WONG |

Dated: April 2, 2012



IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

RC1/6408982.1/MY2

- 2 -

STIPULATION EXTENDING TIME TO
RESPOND TO COMPLAINT BY NELLIE WONG
CASE NO. CV 12 1147 JCS