JOHN CHOW, ESQ. (SBN 225670)
TSAO-WU, CHOW & YEE LLP
The Monadnock Building
685 Market Street, Suite 460
San Francisco, California 94105
Telephone: (415) 777-1688
Facsimile: (415) 777-2298

Attorneys for Plaintiff
XIAN ZHU WU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

XIAN ZHU WU,

    Plaintiff,

v.

WILFRED WONG; NELLIE WONG; TOWIE FONG,

    Defendants.

Case No. CV12-1147

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT NELLIE WONG PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED by and between plaintiff XIAN ZHU WU and defendant NELLIE WONG, by and through their respective attorneys of record, that the above-entitled action is voluntarily dismissed, with prejudice, as against the defendant NELLIE WONG, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Executed this 13th day of February, 2013.    Dated: 2/19/13

TSAO-WU, CHOW & YEE LLP                     ROPERS, MAJESKI, KOHN

By JOHN CHOW                                By JAMES A. LASSART

Attorneys for Plaintiff                     Attorneys for Defendant
XIAN ZHU WU                                 NELLIE WONG

IT IS SO ORDERED
Judge Joseph C. Spero